Daniel J. Auerbach
M. Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad Street, Suite 300
Missoula, MT 59801
Phone: (406) 728-1694
Fax: (406) 728-5475
daniel@bkbh.com
christy@bkbh.com

Martin J. Bishop
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
mbishop@reedsmith.com

*Attorney for Health Care Service Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>　　　　Defendant. | Case No. 24-CV-00032-BMM-JTJ<br><br>**DEFENDANT HEALTH CARE SERVICE CORPORATION'S RULE 12(b)(6) MOTION TO DISMISS** |

1

Defendant Health Care Service Corporation ("HCSC"), respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiff Justin King's ("Plaintiff") Complaint ("Complaint") in its entirety as fully set forth in HCSC's accompanying Brief in Support of its Motion.

WHEREFORE, HCSC respectfully prays for entry of an order dismissing the Complaint and respectfully requests that this Court grant HCSC such other and further relief as this Court deems just and appropriate.

DATED this 30th day of May, 2024.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By /s/ *Daniel J. Auerbach*
Daniel J. Auerbach
M. Christy S. McCann

*Attorney for Health Care Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2024, a true copy of the foregoing was served:

Via ECF to the following parties:

Torger Oaas
PO Box 76
Lewistown, MT 59457
oaaslaw@midrivers.com


  /s/ *Daniel J. Auerbach*
BROWNING, KALECZYC, BERRY & HOVEN, P.C