Daniel J. Auerbach
M. Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad Street, Suite 300
Missoula, MT 59801
Phone: (406) 728-1694
Fax: (406) 728-5475
daniel@bkbh.com
christy@bkbh.com

Martin J. Bishop
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
mbishop@reedsmith.com

*Attorneys for Health Care Service Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>Defendant. | Case No. 24-32-GF-BMM<br><br>**STIPULATED MOTION TO APPEAR AT MOTIONS HEARING VIA VIDEOCONFERENCE** |

1

The Parties, by and through their respective counsel of record, hereby jointly and respectfully move the Court for an order allowing counsel to appear at the Motion Hearing presently set for Tuesday, July 9, 2024, at 2:30 p.m. via videoconference.

A proposed order for the Court's consideration is filed concurrently herewith.

DATED this 8th day of July, 2024.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By /s/ *Daniel J. Auerbach*
    Daniel J. Auerbach

*Attorneys for Defendant*

TORGER OAAS

By /s/ *Torger Oaas*
    Torger Oaas

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2024, a true copy of the foregoing was served:

Via ECF to the following parties:

Torger Oaas
PO Box 76
Lewistown, MT 59457
oaaslaw@midrivers.com

 /s/ *Daniel J. Auerbach*
BROWNING, KALECZYC, BERRY & HOVEN, P.C.