IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>    Defendant. | Case No. 24-CV-00032-BMM<br><br><br>**ORDER ALLOWING<br>APPEARANCE BY<br>VIDEOCONFERENCE** |

Based on the foregoing Stipulated Motion of the Parties, and good cause appearing therefrom,

IT IS HEREBY ORDERED that counsel for the Parties may appear at the Motion Hearing and Preliminary Pretrial Conferenece set for July 9, 2024, at 2:30 p.m. by Zoom. The Clerk of Court's Office will e-mail the parties the Zoom link.

DATED this 8th day of July, 2024

_____
Brian Morris, Chief District Judge
United States District Court