IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>Defendant. | CV-24-32-GF-BMM<br><br><br>**ORDER** |

Defendant has moved for an order allowing Alessandra P. Allegretto, Esq. to appear in this case with Daniel Auerbach, Esq., designated as local counsel. (Doc. 63.) The application Ms. Allegretto appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant's motion to allow Ms. Allegretto to appear in this Court (Doc. 63) is **GRANTED**, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.  Ms. Allegretto must do her own work. She must do her own writing, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.  Admission is personal to Ms. Allegretto, not the law firm she works for.

6.  Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Allegretto must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 16th day of January 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court