IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>    Defendant. | Case No. 24-CV-00032-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS BRIEF IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF TOBIAS A. MATTEI AND SELECTED EXHIBITS UNDER SEAL** |

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business as Blue Cross and Blue Shield of Montana ("BCBSMT"), having filed an three Unopposed Motion for Leave to file Under Seal, (Docs. 128, 132 and 136) and good cause appearing therefor; IT IS HEREBY ORDERED that BCBSMT's Motions for Leave to File Under Seal are GRANTED. The Clerk of Court shall file under seal Docs. 129, 133 and 137.

DATED this 12th day of November 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

1