Daniel J. Auerbach
M. Christy S. McCann
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
201 West Railroad Street, Suite 300
Missoula, MT 59802
Phone: (406) 728-1694
Fax: (406) 728-5475
daniel@bkbh.com
christy@bkbh.com

Martin J. Bishop
Robert C. Deegan (*Pro Hac Vice*)
CROWELL & MORING LLP
455 North Cityfront Plaza Drive, Suite 3600
Chicago, IL 60611
Phone: (202) 624-2651
Fax (202) 628-5116
mbishop@crowell.com
rdeegan@crowell.com

Laura Schwartz (*Pro Hac Vice*)
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Phone: (213) 622-4750
Fax (213) 622-2690
lschwartz@crowell.com

Anna Z. Saber (*Pro Hac Vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Phone: (415) 365-7452
Fax (415) 986-2827
asaber@crowell.com

*Attorneys for Health Care Service Corporation*

//

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING,<br><br>      Plaintiff,<br>v.<br><br>HEALTH CARE SERVICE CORP.,<br><br>      Defendant. | Case No. 24-CV-00032-BMM<br><br>**HEALTH CARE SERVICE CORPORATION'S MOTION FOR LEAVE TO FILE ITS BRIEF IN OPPOSITION TO PLAINITIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, STATEMENT OF DISPUTED FACTS AND SELECTED EXHIITS UNDER SEAL** |

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Montana as Blue Cross Blue Shield of Montana ("BCBSMT"), through counsel, moves this Court pursuant to D. Mont. L. R. 5.2 for leave to file its Brief in Opposition to Plaintiff's Motion for Summary Judgment, Statement of Disputed Facts and selected exhibits attached thereto under seal due to the confidential and sensitive information contained therein. Sealing is appropriate to the best of BCBSMT's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances and with due regard to the public's right of access.

//

2

In addition to the Brief and Statement of Disputed Facts, the documents to be sealed are as follows:

| Exhibit | Description |
|---|---|
| A | 2022 Blue Preferred Silver PPO Insurance Policy (BCBSMT_00010-BCBSMT_00107) |
| B | Medical Policy (BCBSMT_00534 - BCBSMT_00577) |
| C | Transcript of Dr. Cynthia Berry Deposition |

These documents contain sensitive and/or confidential information, such as Plaintiff's Protected Health Information. The parties stipulated to a Protective Order that this Court signed on September 6, 2024. Dkt. 31. Pursuant to paragraph 18 of the Protective Order, BCBSMT is taking reasonable steps to maintain the confidentiality of information and documents produced in discovery and designated as "Confidential." Therefore, inclusion in the public record is not appropriate. A redacted version of the document is filed in the public record.

Counsel for BCBSMT contacted Plaintiff's counsel on November 17, 2025 pursuant to Local Rule 7.1(a). As of the time of this filing, Plaintiff's counsel has not responded regarding his position on this Motion. A proposed order is submitted herewith.

//

DATED this 18th day of November, 2025.

        BROWNING, KALECZYC, BERRY & HOVEN, P.C.

        By /s/*Daniel J. Auerbach*
           Daniel J. Auerbach
           M. Christy S. McCann

        -and-

        CROWELL & MORING, LLP

        By: Martin J. Bishop
           Robert C. Deegan (*Pro Hac Vice*)
           Laura Schwartz (*Pro Hac Vice*)
           Anna Z. Saber *(Pro Hac Vice)*

        *Attorneys for Health Care Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2025, a true copy of the foregoing was served:

Via ECF to the following parties:

Torger Oaas
PO Box 76
Lewistown, MT 59457
oaaslaw@midrivers.com


        /s/ *Daniel J. Auerbach*
    BROWNING, KALECZYC, BERRY & HOVEN, P.C