TORGER OAAS
ATTORNEY AT LAW
Post Office Box 76
Lewistown, Montana 59457
(406) 366-1510
oaaslaw@midrivers.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN KING, | 24-CV-00032-BMM-JTJ |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| HEALTH CARE SERVICES CORP., | |
| Defendant. | |

The Court is advised that the parties have reached a full and final settlement of this matter.

Respectfully submitted this 20th day of November, 2025.

/s/ Torger Oaas
TORGER OAAS
Counsel for Plaintiff