IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| JUSTIN KING,<br><br>      Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORP.<br><br>      Defendant, | Case No. 24-CV-00032-BMM<br><br>**ORDER** |

This Court, having reviewed the Parties' Stipulation for Dismissal with Prejudice and good cause appearing therefore;

IT IS HEREBY ORDERED, the above captioned case is DISMISSED WITH PREJUDICE. The parties shall bear their own costs and attorneys' fees.

DATED this 27th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts